1  Steven C. Vondran, SBN 232337
   **THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
2  401 Wilshire Blvd, 12th Floor
   Santa Monica, California  90401
3  Telephone: (877) 276-5084
   Facsimile:  (888) 551-2252
4  steve@vondranlegal.com

5  Attorney for IP ADDRESS 172.116.239.58

6                  UNITED STATES DISTRICT COURT

7                  CENTRAL  DISTRICT OF CALIFORNIA

8

9  STRIKE 3 HOLDINGS, LLC.                  No. 5:20-cv-01117

10         Plaintiff,                       **NOTICE OF APPEARANCE FOR IP ADDRESS 172.116.239.58**

11     vs.

12 John Doe subscriber assigned IP address
   172.116.239.58
13         Defendants.

14

15 Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 172.116.239.58.

16

17        DATED this 4th day of June, 2020.

18                                          **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**

19

20                                          By /S/  Steve Vondran
21                                             Steven C. Vondran, Esq.
                                               *Attorneys for IP 172.116.239.58*
22

23

24

25

26

27

28