AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION      ☐ APPEAL | COURT NAME AND LOCATION<br><br>United Stated District Court - Central District of California |
|---|---|
| DOCKET NO.<br>ED20cv01117-TJH | DATE FILED<br>5/29/2020 | |

| PLAINTIFF<br><br>STRIKE 3 HOLDINGS, LLC | DEFENDANT<br><br>JOHN DOE subscriber assigned IP address 172.116.239.58 |
|---|---|

| COPYRIGHT REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☒ No | DATE RENDERED<br><br>01/04/2021 |
|---|---|---|

| CLERK<br><br>KIRY K. GRAY | (BY) DEPUTY CLERK<br><br>S. Hall-Brown | DATE<br><br>01/05/2021 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Corona, CA
**Total Works Infringed:** 53

**IP Address:** 172.116.239.58
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash:<br>89E4962182F021383F3EE12A8287A73A03475C7<br>File Hash:<br>794DDA198411A86477B2A4E325B696FF53294B0C0873C1137EAF23844FAFC1BF2 | 01/16/2020<br>01:38:59 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 2 | Info Hash:<br>728FEEBA350EC584BC7E9E27759A64F759EB7855<br>File Hash:<br>AD5470EFA8A5C85886C88S5DB485583262773F7316B397DFFC88EE5E6B5BB1A2A | 01/10/2020<br>20:33:11 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 3 | Info Hash:<br>4E619FC85F415B63DBE01082D31400B3D103724E<br>File Hash:<br>75D67EDFC244E92665F9DD99F4EEF610852154F36D4037872EEB60091EA75F180 | 12/31/2019<br>00:43:16 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |
| 4 | Info Hash:<br>9E178E764078F632A6E48D533134120DBD497D26<br>File Hash:<br>BB6ECDF32D1E081355D1DA7773B168EA8406C09991BF1036112C4E04BA0C3F8F | 12/09/2019<br>01:17:27 | Blacked<br>Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 5 | Info Hash:<br>DF6AB3CAED7A2989E1FED21C1B202817EB64EE16<br>File Hash:<br>04SC438EE18D0B81B2704EABF17902BACC23B7FBF8BB20D5E8242CC8BFABDD19 | 12/08/2019<br>07:56:22 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 6 | Info Hash:<br>5521F3BB1635DAA5CDC136162AADDDBB2380C9D6<br>File Hash:<br>4D38C67BD5BA68D000DB6CD2F27BF1E2D0B2D5C9F0A88124C2EFEA60E7A469E | 12/06/2019<br>02:33:51 | Vixen | 12/05/2019 | 12/17/2019 | PA0002217671 |
| 7 | Info Hash:<br>3F9350AC899768E5DA78E6A42B746DB2C13C71CE<br>File Hash:<br>B87EB5198239C32510E0B293A04421E44D195CD238C8B0F39F47FDB5E0C6B82 | 12/01/2019<br>05:40:46 | Vixen | 11/30/2019 | 12/17/2019 | PA0002217669 |
| 8 | Info Hash:<br>CF8BD04348BC322F4006C4B2BE9693BF3AAD5FB5<br>File Hash:<br>CFA72EA152DD827C145166E60034901 7CCEFD9C1FCDA3374115C2BCAD05C0681 | 11/23/2019<br>13:54:20 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>87A1AAEF0840243B200D701BF7DE25EFD3DF2C0<br>File Hash:<br>031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 11/21/2019<br>01:20:24 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 10 | Info Hash:<br>E809F5CB95340E9F927B925DCBD334D561729213<br>File Hash:<br>9E533ADD892BECAC5B2A5C5CC1E3FA54A9FCE55B6E2B47C35A8C0A914E35396C | 10/29/2019<br>00:20:56 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 11 | Info Hash:<br>DFC92FC5151FEA0399B61D20ED8C6EBA5DBBA88A<br>File Hash:<br>B5E86EEBB2CF368BE09B3B09453143227C492A789F82F0C087CAA730C2C7F61 | 10/24/2019<br>00:01:48 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 12 | Info Hash:<br>C5BA5E2431660D8830E399E873988827FEE8D0A6D84<br>File Hash:<br>F85FA20EA3D5DCE116E2BACDD4D186DACBDD85D3AB44C27B658DBBC0819C4B71 | 10/19/2019<br>15:55:26 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 13 | Info Hash:<br>F23C E0EB6CG2308551BE854342A7AE58F97BEBA2<br>File Hash:<br>C5424E9DFB5F9E738779CF795712A58F3CA5D19B0141754548D97AB8BA227318 | 10/02/2019<br>01:42:14 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 14 | Info Hash:<br>90C1E568E46A9C702F08741491C0D83BD9DD0EC6<br>File Hash:<br>71B5CA2BE90612209016B ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 09/22/2019<br>00:40:42 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 15 | Info Hash:<br>8520D609AF38559F67FCAD2F7A540A936BC3BA1F<br>File Hash:<br>DD8645243113 44B11B74D85 81D557FB5768F88231 1EDED4FD1EA6C4BB62A5BF8 | 09/17/2019<br>00:28:57 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 16 | Info Hash:<br>E279E2FC2960C5A8F186CC38EBEE6F1BF91647D4<br>File Hash:<br>0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D0127655088 4CE24AECC733C7E1 | 09/07/2019<br>03:08:09 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 17 | Info Hash:<br>40089FC7550D25DE7A862FA5606B93A853E4B703<br>File Hash:<br>CA16B9B3CD01D2A88264CB185699944DBF0BB27B76D1ECB298C1823BE42176B267 | 08/11/2019<br>23:04:15 | Blacked<br>Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash:<br>AE8C201E77301AE3E3CC7310FF4BAE96D34A533E<br>File Hash:<br>F41B8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 07/30/2019<br>00:33:16 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 19 | Info Hash:<br>2499D08B7ED73DB4CC10B64434D494EA62F3F801<br>File Hash:<br>4A49CB21132680A4A33070B1FB50D99C1025F2043E66C5F8040E27ABBEA4AFA | 07/14/2019<br>01:27:55 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 20 | Info Hash:<br>D960B0E00FA780896C55A17AE43374760E5EA289<br>File Hash:<br>208E4EC54EAA40FA251CDA2938E6D1325BB3D2A84EA077B9516EA06653F3EFC8 | 07/12/2019<br>01:54:26 | Blacked<br>Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 21 | Info Hash:<br>8A8DC283B45B7E04709E90CD0A1DF8F1592C1612<br>File Hash:<br>EC01889424436E345833E4B637642A83B8504711132EE8338BD89D3926B8E17343 | 07/10/2019<br>00:14:59 | Blacked | 07/09/2019 | 09/10/2019 | PA0002199416 |
| 22 | Info Hash:<br>011E0D218B85D173549FA506EC1085CFF2C8173E<br>File Hash:<br>D6A5A907960026052DE20932A68D80F604AFDDCC766F7539FA732AACA2A68055 | 06/24/2019<br>02:06:08 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 23 | Info Hash:<br>4FA63A68CC90857094EBBC315244574E7237B365<br>File Hash:<br>F6DB126E222922361F8FB88E39B9A4F06C78078F20197AF2825AAA828FDC54A0 | 06/09/2019<br>03:20:24 | Vixen | 06/08/2019 | 07/17/2019 | PA0002188311 |
| 24 | Info Hash:<br>2B07D5D376E8EAB88448E3D437AC04B30522F719<br>File Hash:<br>D56BACF3C41548ED0ECA5577966D C0C3B076B862345D414999620751 8EC732 | 06/05/2019<br>11:29:44 | Vixen | 06/03/2019 | 07/17/2019 | PA0002188305 |
| 25 | Info Hash:<br>C0BDD5A91D20D6F6480168118770D6C2ABF40A6C8<br>File Hash:<br>7C2C812DC11B886D08E97375B0DC8B1C0269F5B41C94AA229D8CC49C07531E72 | 06/04/2019<br>23:15:33 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 26 | Info Hash:<br>D7A7B422ED8B09C4D3 50D5CD70FEE647946B146<br>File Hash:<br>FCF2792029 02EA6E3D0FAD1FA98C56F0FA682660BAFAC18018 51C20D6393BB79 | 05/31/2019<br>20:23:02 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>3BDBA1FCA8DD25F4E9E5BEE72BCD096EE0BF2D70<br>File Hash:<br>BFC06E4E85A8C084781AFFB24ADE16C25B60277CD1D55301751EE7F69F53245E | 05/28/2019<br>00:50:06 | Blacked<br>Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 28 | Info Hash:<br>14DC01450319FAF059885ADF0076EAB84BCDE90D<br>File Hash:<br>5A0897517A199D1F3669E0D12238BD6E70F5BC65B2B387F8E254CEE7ED214125 | 05/25/2019<br>01:20:25 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 29 | Info Hash:<br>B3D4160F3A5750EE0D7847FA6A1F31668BFC0E96<br>File Hash:<br>70EBAE01F39719701C8D2B14E50DFE99073F3A83FF6E3C32883306609F79362D | 05/23/2019<br>00:07:32 | Blacked<br>Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 30 | Info Hash:<br>C34003005 9AF0895737133 0E339FB3AA67E8FFDB<br>File Hash:<br>6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 05/18/2019<br>01:18:36 | Blacked<br>Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 31 | Info Hash:<br>721A4F41106F260A52BE291B2B73643A1CF85CEB<br>File Hash:<br>C6F22CC1097E07A0F51EF0A3E6029AD0BD06D9145EB6D741C02FBB8F18BA3C68 | 05/16/2019<br>00:46:56 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 32 | Info Hash:<br>B666CB237CB60E9827280B9C6460F582E9BC0CA3<br>File Hash:<br>2B9B1E7F75841C45027EDEB3C7268744639EBD4C999FB02C03B05564DBCCF186 | 05/08/2019<br>01:08:58 | Blacked<br>Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 33 | Info Hash:<br>E18SA2C10378439CE69B0F3AB675F509330A4E3B<br>File Hash:<br>84DDAB7CE514D58FF636060B8BB0EACA9075F2B9864C4715CE27A4C7B32C426E | 05/06/2019<br>02:33:06 | Blacked | 05/05/2019 | 07/05/2019 | PA0002206372 |
| 34 | Info Hash:<br>52326B4EA191B7D6830DF1F61193 9B9E64CC3722<br>File Hash:<br>2FD586D8D4834490E7A7E5E8778 6872FAB9995B981C78EB30DA5C3ACB75F4208 | 04/24/2019<br>22:14:41 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 35 | Info Hash:<br>6DCDC6EAEB4288950A7AEE7A59F3841F4B6116F3<br>File Hash:<br>C8EA66A37C03FAF791D33F7F309896EC3428F556F322 80AB19EE7437F7D4BAEB | 04/17/2019<br>00:11:42 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash:<br>3DD69D645F492F21ABD1A89F33445F55BE83B31B<br>File Hash:<br>7B8FA26F9111BBF2F34FA72151ED090D83D257145803574FF11850248EE59676 | 04/15/2019<br>02:21:33 | Blacked<br>Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 37 | Info Hash:<br>2E568E3050F519A6F10361310C32040D1F8A31D6<br>File Hash:<br>2686F9D47B6B8AF900A90F76D7ABA54822C9D4161B4BC05CC295A3A3D437BC37 | 04/10/2019<br>01:17:51 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 38 | Info Hash:<br>AAB43732CA29D96F72C32A4D7590FD1111D8A86C<br>File Hash:<br>336C39AA81CECA1E786A6C6A8385495264A34BF8FCC7AA0D634CEE7A718B6DA26 | 04/10/2019<br>01:06:43 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 39 | Info Hash:<br>A5771BCED8944ACFDE663D1705F22C29E8104BF<br>File Hash:<br>05CDD37686DACE57138A377C2B2AD993AC0EAF2A47D3314BF8627A786A914628 | 03/16/2019<br>00:46:35 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 40 | Info Hash:<br>35736827B6B0AC817665C03F98D81B5A2B6E90183<br>File Hash:<br>1B1735890S31DA5D4570687EBD606AC741314074A125779A4CF869B44168DD63 | 03/11/2019<br>02:13:23 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 41 | Info Hash:<br>42049603F4A7F341409A9E205F2BC70435A28868<br>File Hash:<br>03560DF859491DEE4C86C2E94D826BD0F75035A0913FEA856E4DD56A08FD6567 | 03/09/2019<br>02:08:42 | Blacked<br>Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 42 | Info Hash:<br>EC72A86E242865D176E9B35E34364FB997D62E4<br>File Hash:<br>286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 03/06/2019<br>01:48:31 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 43 | Info Hash:<br>1E77F001441EAADCAC10AABA810AD0D31AD6E667<br>File Hash:<br>C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 01/31/2019<br>00:58:34 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 44 | Info Hash:<br>56BF0671C368887782691A8922B69AF7CF37FB90<br>File Hash:<br>13E72D5238F3DDCC10A5CDD7C7511145488 1CF7F0D553172C185DF2F25617EE6 | 01/30/2019<br>02:04:58 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash:<br>DB96A7BA37F3DA55AE4BFC5882FD070052B7F3B8D<br>File Hash:<br>710C8FB107F44F7757676809D97309DB53267164136EE693F0F112CFDC87090 | 01/20/2019<br>04:08:38 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 46 | Info Hash:<br>4565CA245E7615875CF6103EF72459933D90A612<br>File Hash:<br>1E291EFBABDBEA3BA5FBEC6B9EBDF9F5359CABF64764AD39D88933F85B76F269 | 01/16/2019<br>00:10:06 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 47 | Info Hash:<br>CC595248E72590D2582D1820525214ACA37D6539A<br>File Hash:<br>78095OD57B90FDBF5109C9C417CD032C394E17685EA85F366CAB5E766B9A10B5 | 01/11/2019<br>01:02:58 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 48 | Info Hash:<br>B13AE94A241C9D4B473BBB3C26F761F76F55D935<br>File Hash:<br>395A82D53B768C28EBBA26D21956E9B2F8BDD3FF8A502A46B474BE4C632659AE | 01/06/2019<br>19:55:54 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 49 | Info Hash:<br>5E21A1616BFFEA49C1851D1DEF33DB872B037599<br>File Hash:<br>2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 01/03/2019<br>00:51:11 | Blacked<br>Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 50 | Info Hash:<br>B0CCD9DE9C373BD3CD7467A688FD334CA280E43D<br>File Hash:<br>72E74631F4ADA6A33B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 12/31/2018<br>02:37:47 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 51 | Info Hash:<br>682BADB98134F318735CFB1C84B8D990E3DEB8FC<br>File Hash:<br>08AD74E95AD3720928E97453F2F04E16A2221467A2120B727DEE1BA6BF28384 | 12/27/2018<br>00:51:57 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 52 | Info Hash:<br>96154576B485403DD6B729E9F56FA45DFF8B6B83<br>File Hash:<br>3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 12/26/2018<br>02:32:12 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 53 | Info Hash:<br>0D7FB99F5AB358D6F0F6F49902CB160034C2AB618E<br>File Hash:<br>66A006D33BAEFF597C6F7C1122E7E8CE9974BA3B61182279E4DB64247FC0AA79 | 12/18/2018<br>20:19:52 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |